PHILLIP A. TALBERT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GALLINDO-MURRILLO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, FCI-HERLONG,<br><br>Respondent. | CASE NO. 2:23-CV-00645-EFBB (HC)<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR AN EXTENSION OF TIME |

On July 5, 2023, the Respondent's requested an additional extension of time to August 3, 2023, to file its motion to dismiss or response to Petitioner's 28 U.S.C. 2241 petition.  ECF 1.

IT IS HEREBY ORDERED that the Respondent's request for an extension is granted.  The response is now due August 3, 2023.

Dated: July 6, 2023.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE