PHILLIP A. TALBERT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GALLINDO-MURRILLO,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>WARDEN, FCI-HERLONG,<br><br>　　　　　　Respondent. | CASE NO. 2:23-CV-00645-EFB (HC)<br><br>[~~PROPOSED~~] ORDER |

On August 3, 2023, the Respondent~'s~ requested an additional extension of time to August 24, 2023, to file its motion to dismiss or response to Petitioner's 28 U.S.C. 2241 petition. ECF 1.

IT IS HEREBY ORDERED that the Respondent's request for an extension is granted. The response is now due August 24, 2023. The Clerk of the Court shall terminate ECF No. 12.

Dated: August 7, 2023.

　　　　　　　　　　　　　　　　　　/s/ Edmund F. Brennan
　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE