UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GALINDO-MURILLO,<br><br>            Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>            Respondent. | No.  2:23-cv-00645-DJC-EFB (HC)<br><br>ORDER |

      Petitioner, a federal prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On February 22, 2024, the Magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

      The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 22, 2024 (ECF No. 18) are adopted in full;

2. Respondent's August 24, 2023 motion to dismiss is GRANTED;

3. The petition is dismissed without prejudice;

4. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253 as Petitioner has not made a substantial showing of the denial of a constitutional right, see 28 U.S.C. § 2253(c)(2); and

5. The Clerk is directed to close the case.

IT IS SO ORDERED.

Dated: __March 15, 2024__

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE